In the Matter of the Petition of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (SAMUEL F. EDMEAD).— Motion to confirm report of official referee granted, respondent disbarred and his name ordered stricken from the roll of attorneys. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Petition of ISIDOR LAZARUS, Plaintiff's Attorney, Respondent, against MARK HENRY SCHNEIDER, Plaintiff, and ANTONIO D. MELGAREJO RANDOLPH, Defendant, Appellants.— In view of the decision of the appeal (post, p. 839), decided herewith, the motion to strike out certain parts of the record on appeal as well as appellants' briefs and note of issue, to dismiss appeals of appellants and to hold them in contempt is dismissed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of GERALD I. McCARTHY for Admission to the Bar.— Report of committee on character and fitness, approving application for admission to the bar, confirmed and application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ADELE AMANDOLESE, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed upon the law, with costs, and complaint dismissed, with costs, upon the ground that the notice of claim is defective under chapter 572 of the Laws of 1886. Hagarty and Carswell, JJ., concur; Lazansky, P. J., concurs and is further of opinion that the notice was never served upon the corporation counsel; Scudder and Tompkins, JJ., dissent and vote to affirm.

MARIE BARTLETT, as Administratrix, etc., of WILLIAM BARTLETT, Deceased, Appellant, v. LONG ISLAND LIGHTING COMPANY, Defendant, and THE LONG ISLAND RAILROAD COMPANY, Respondent.— Order, in so far as it grants motion of defendant Long Island Railroad Company for a bill of particulars as to item 2, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ELIZABETH C. BARTON, Respondent, v. OSTEND BATHS, INC., and Others, Defendants, and HYMAN KATZ, Intervening Appellant.— Order, on reargument, vacating and annulling permission to intervene and to interpose answer, and vacating and setting aside order dated December 27, 1929, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

MELANIE BENCOE, Appellant, v. LOUIS H. HAYM and Others, Respondents, and Others, Defendants.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

EVERETT BENNETT, as Administrator, etc., of EVERETT BENNETT, JR., Deceased, Appellant, v. ORVILLE E. PEASE and ELIZABETH PEASE, Respondents.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, motion denied, without costs, and verdict and judgment reinstated, with costs. Defendants did not present facts to warrant the granting of a new trial upon the ground of newly-discovered evidence. Young, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Tompkins, J., dissent and vote to affirm.

MARY A. BRADY, Respondent, v. FRANCIS P. BRADY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.